# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** State of Texas, et al.

v.

EPA, et al.

**Case No:** 22-1031, et al.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Valero Renewable Fuels Company, LLC

### Counsel Information

**Lead Counsel:** Jeffrey B. Wall
**Direct Phone:** (202) 956-7660 **Fax:** (202) 956-7676 **Email:** wallj@sullcrom.com

**2nd Counsel:** Morgan L. Ratner
**Direct Phone:** (202) 956-7522 **Fax:** (202) 956-7676 **Email:** ratnerm@sullcrom.com

**3rd Counsel:**
**Direct Phone:** (   )         **Fax:** (   )         **Email:**

**Firm Name:** Sullivan & Cromwell LLP
**Firm Address:** 1700 New York Avenue, NW, Suite 700, Washington, D.C. 20006
**Firm Phone:** (202) 956-7500 **Fax:** (202) 293-6330 **Email:** SCContactUs@sullcrom.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)