# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1031**                                **September Term, 2022**

**EPA-86FR74434**

**Filed On:** August 29, 2023

State of Texas, et al.,

       Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

       Respondents

------------------------------

Advanced Energy United, et al.,
          Intervenors
------------------------------

Consolidated with 22-1032, 22-1033,
22-1034, 22-1036, 22-1038

---------------------------------------------------------

**No. 22-1080**                                **NHTS-87FR25710**

Natural Resources Defense Council,

       Petitioner

    v.

National Highway Traffic Safety
Administration, et al.,

       Respondents

------------------------------

Clean Fuels Development Coalition, et al.,
          Intervenors
------------------------------

Consolidated with 22-1144, 22-1145

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1031**                                    **September Term, 2022**

**BEFORE:**    Srinivasan, Chief Judge, and Katsas and Pan, Circuit Judges

**O R D E R**

Upon consideration of the proposed oral argument formats, it is

**ORDERED** that the following format apply in these cases, which are scheduled for oral argument before this panel at 9:30 a.m. on Thursday, September 14, 2023:

**Part I:  No. 22-1031, et al.**

*Issues:*

1.    Whether petitioners' arguments are properly before the court.

2.    Whether EPA's rule is authorized under Section 202 of the Clean Air Act.

3.    Whether EPA's rule is arbitrary and capricious.

|  | **Time Allotted** | **Counsel** |
|---|---|---|
| *Fuel Petitioners* | 17 minutes | Jeffrey Wall (issues 1-3) |
| *State Petitioners* | 8 minutes | Lanora Pettit (issues 2-3[*]) |
| *Respondent EPA* | 24 minutes | Sue Chen (issues 1-3) |
| *Respondent-Intervenors* | 6 minutes | Sean Donahue |
| *Fuel Petitioners' rebuttal* | 5 minutes | Jeffrey Wall |

_____

[*] Counsel for the State Petitioners also should be prepared to address whether the State Petitioners have standing.

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

## No. 22-1031                                    September Term, 2022

**Part II:  No. 22-1080, et al.**

**A.      Nos. 22-1144 and 22-1145**

*Issues:*

1.      Compliance with 49 U.S.C. § 32902(h).

2.      Energy Policy and Conservation Act's preemption provision.

|  | **Time Allotted** | **Counsel** |
|---|---|---|
| *Fuel Manufacturer / State Petitioners* | 17 minutes | Eric McArthur (issue 1) |
| *Petitioner-Intervenors* | 8 minutes | Michael Buschbacher (issue 2) |
| *Respondent NHTSA* | 22 minutes | Joshua Koppel |
| *Respondent-Intervenors* | 8 minutes | Theodore McCombs |
| *Fuel Manufacturer / State Petitioners' rebuttal* | 5 minutes | Eric McArthur |

**B.      No. 22-1080**

*Issue:*

1.      NHTSA's treatment of high-compression-ratio Atkinson-enabled engines.

|  | **Time Allotted** | **Counsel** |
|---|---|---|
| *Petitioner NRDC* | 12 minutes | Pete Huffman |
| *Respondent NHTSA* | 15 minutes | Joshua Koppel |
| *Petitioner NRDC's rebuttal* | 3 minutes | Pete Huffman |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1031**                                          **September Term, 2022**

Argument will be conducted in the order listed.  Form 72 should be completed and submitted by September 7, 2023.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)