_____

**No. 22-1031**                            **September Term, 2023**

EPA-86FR74434

**Filed On:** July 29, 2024

State of Texas, et al.,

        Petitioners

     v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

        Respondents

------------------------------

Advanced Energy United, et al.,
        Intervenors

------------------------------

Consolidated with 22-1032, 22-1033,
22-1034, 22-1036, 22-1038

**No. 22-1080**                            **September Term, 2023**

NHTS-87FR25710

Natural Resources Defense Council,

        Petitioner

     v.

National Highway Traffic Safety
Administration, et al.,

        Respondents

------------------------------

Clean Fuels Development Coalition, et al.,
        Intervenors

------------------------------

Consolidated with 22-1144, 22-1145

**BEFORE:**   Srinivasan, Chief Judge; Katsas and Pan, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties file simultaneous, supplemental briefs addressing (1) to what extent, if any, the court's decision in *Ohio v. EPA*, 98 F.4th 288 (D.C. Cir. 2024), is relevant to petitioners' standing to bring their petitions for review in these cases; and (2) to what extent, if any, the Supreme Court's decision in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024), is relevant to the issues of statutory interpretation presented in these cases. The parties' supplemental briefs, not to exceed 3,900 words, are due 21 days from the date of this order. Supplemental reply briefs, not to exceed 1,950 words, may be filed 10 days thereafter.

**Per Curiam**

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

BY:  /s/
       Michael C. McGrail
       Deputy Clerk