| | |
|---|---|
| No. 22-1031 | September Term, 2024 |
| | EPA-86FR74434 |
| | Filed On: July 18, 2025 [2126210] |

State of Texas, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,,

    Respondents

------------------------------

Advanced Energy United, et al.,
    Intervenors

------------------------------

Consolidated with 22-1032, 22-1033, 22-1034, 22-1036, 22-1038

    **BEFORE:**    Srinivasan, Chief Judge; Katsas and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion of Private Petitioners to hold the cases in abeyance, and the response thereto, it is

**ORDERED** that the motion be granted, and these cases are hereby held in abeyance pending further order of the court.

Private Petitioners are directed to file a status report by September 16, 2025, and at 60-day intervals thereafter.

The parties are directed to file motions to govern further proceedings within 30 days of the conclusion of agency proceedings.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                         Michael C. McGrail
                         Deputy Clerk