UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br>    *Petitioners,*<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY AND LEE M. ZELDIN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>    *Respondent,*<br><br>ADVANCED ENERGY UNITED, et al.,<br>    *Intervenors.* | No. 22-1031 |

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned attorney for Advanced Energy Economy; Calpine Corporation; National Grid USA; New York Power Authority; and Power Companies Climate Coalition, Martin Levy, is leaving employment at Covington & Burling LLP, and hereby withdraws from this case. Other counsel who have entered appearances will continue to represent Advanced Energy Economy; Calpine Corporation; National Grid USA; New York Power Authority; and Power Companies Climate Coalition in this case.

October 30, 2025                    Respectfully Submitted,

*/s/ Martin Levy*
Martin Levy
Covington & Burling LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956
(202) 662-6000
mlevy@cov.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on October 30, 2025. Participants in the case will be served by email through the Court's CM/ECF system.

                                       */s/ Martin Levy*
                                       Martin Levy
                                       Covington & Burling LLP
                                       One CityCenter
                                       850 10th Street, NW
                                       Washington, DC 20001-4956
                                       (202) 662-6000
                                       mlevy@cov.com