**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE *ET AL*, | : <br> : <br> : |
| Petitioners, | : <br> :    Case No. 22-1032 <br> : |
| ENVIRONMENTAL PROTECTION AGENCY, | : <br> : |
| Respondent. | : <br> : |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Notice is hereby given that, subject to approval by the court, Petitioner Competitive Enterprise Institute substitutes Soriya R. Chhe, D.C. Bar. No. 986736 as counsel of record in place of Devin Watkins. Please withdraw the appearance of Devin Watkins as counsel for Petitioner Competitive Enterprise Institute.

DATED:  December 2, 2025           Respectfully submitted,

/s/   SORIYA R. CHHE
SORIYA R. CHHE [986736]
Competitive Enterprise Institute
1310 L Street NW, 7th FL
Washington, D.C.  20005
Tel: (202) 331-2265
soriya.chhe@cei.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December 2025, I electronically filed the above document

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to

all registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED:  December 2, 2025                 Respectfully submitted,

/s/   SORIYA R. CHHE
SORIYA R. CHHE [986736]
Competitive Enterprise Institute
1310 L Street NW, 7th FL
Washington, D.C.  20005
Tel: (202) 331-2265
soriya.chhe@cei.org