**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

COMPETITIVE ENTERPRISE INSTITUTE      :
*ET AL*,                                         :

                                               :

          Petitioners,                 :

                                             :      Case No. 22-1032

                                             :

ENVIRONMENTAL PROTECTION AGENCY,   :

                                             :

          Respondent.                :

                                             :

**NOTICE OF SUBSTITUTION OF COUNSEL**

Notice is hereby given that, subject to approval by the court, Petitioners James Leedy, Marc Scribner, Walter Kreucher, and the Domestic Energy Producers Alliance substitutes Soriya R. Chhe, D.C. Bar. No. 986736 as counsel of record in place of Devin Watkins. Please withdraw the appearance of Devin Watkins as counsel for Petitioners James Leedy, Marc Scribner, Walter Kreucher, and the Domestic Energy Producers Alliance.

DATED:  April 28, 2026             Respectfully submitted,

                                        /s/   SORIYA R. CHHE
                                        SORIYA R. CHHE [986736]
                                        Competitive Enterprise Institute
                                        1310 L Street NW, 7th FL
                                        Washington, D.C.  20005
                                        Tel: (202) 331-2265
                                        soriya.chhe@cei.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28nd day of April 2026, I electronically filed the above document with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to all

registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED:  April 28, 2026                              Respectfully submitted,

/s/   SORIYA R. CHHE
SORIYA R. CHHE [986736]
Competitive Enterprise Institute
1310 L Street NW, 7th FL
Washington, D.C.  20005
Tel: (202) 331-2265
soriya.chhe@cei.org