# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1031**                                **September Term, 2025**

**EPA-86FR74434**

**Filed On: May 13, 2026** [2173211]

State of Texas, et al.,

       Petitioners

     v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, United States
Environmental Protection Agency,,

       Respondents

------------------------------

Advanced Energy United, et al.,
          Intervenors
------------------------------

Consolidated with 22-1032, 22-1033,
22-1034, 22-1036, 22-1038

     **BEFORE:**    Srinivasan, Chief Judge; Katsas and Pan, Circuit Judges

### O R D E R

Upon consideration of the EPA's motion to govern further proceedings, it is

**ORDERED** that the motion be granted, and these cases continue to remain in abeyance.

The parties are directed to file motions to govern further proceedings within 30 days of the issuance of the court's mandate in *American Public Health Association v. EPA*, No. 26-1037 (D.C. Circuit).

### Per Curiam

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

       BY:    /s/
             Michael C. McGrail
             Deputy Clerk